# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 10-75 SECTION: |
| ANTONIO J. BULLOCK | "S" (1) |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Antonio J. Bullock's Second Motion for a Sentence Reduction Pursuant to Amendment 782 (Doc. #64) is **DENIED**.

On March 18, 2010, Bullock was indicted by a Grand Jury in the United States District Court for the Eastern District of Louisiana with: (1) being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2); (2) possession with the intent to distribute a quantity of marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D); and, (3) possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A).

On March 24, 2011, Bullock pleaded guilty to Counts 1 and 2 of the Indictment pursuant to a plea agreement entered into under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. In the plea agreement Bullock and the United States agreed that a sentence of 120 months imprisonment as to Count 1 and a sentence of 36 months imprisonment as to Count 2, to run consecutively with each other, was appropriate. In the plea agreement, the government agreed to move to dismiss Count 3 at the time of sentencing. On July 28, 2011, this court accepted the plea agreement and sentenced Bullock to the agreed upon term of imprisonment.

On November 5, 2014, Bullock moved to reduce his sentence pursuant to Amendment 782 to the United States Sentencing Guidelines, which is retroactively applicable to previously sentenced defendants and generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical types in the United States Sentencing Guidelines. The court denied the motion finding

that Bullock was ineligible for a sentencing reduction under Amendment 782 because he was not sentenced under the drug quantity guidelines.

On August 25, 2016, Bulluck filed a motion to reconsider. Bullock was sentenced pursuant to a Rule 11(c)(1)(C) plea agreement, which stipulated a particular sentence without reference to the United States Sentencing Guidelines. Thus, he is not eligible for a sentence reduction under Amendment 782. <u>United States v. Carroll</u>, - - - Fed. Appx. - - -, 2017 WL 1326286 (5th Cir. April 11, 2017). Bullock's second motion for a sentencing reduction pursuant to Amendment 782 is DENIED.

New Orleans, Louisiana, this  2nd   day of June, 2017.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**